UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ROSE MORENO, ) | Case No.: 1:20-cv-1355 JLT |
| Plaintiff, ) | ORDER LIFTING THE STAY |
| v. ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

This action was stayed due to the Commissioner's inability to prepare a certified copy of the administrative record with limitations caused by the COVID-19 pandemic. (*See* Doc. 4 at 4)  General Order No. 615 allows the stay to be lifted when "i) the Commissioner files a proof of service showing that the CAR has been served on Plaintiff; or ii) the Commissioner files the CAR."  The Commissioner has now filed the certified administrative record. (Doc. 9) Accordingly, the Court **ORDERS**:

    1.    The stay is **LIFTED**; and

    2.    Plaintiff **SHALL** serve a letter brief within thirty days of service of this order.

IT IS SO ORDERED.

Dated:   **February 24, 2021**          **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE