1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11    VIRGINIA ROSE MORENO,                  )    Case No.: 1:20-cv-1355 JLT
                                             )
12                  Plaintiff,               )    ORDER GRANTING THE COMMISSIONER'S
                                             )    REQUEST FOR AN EXTENSION OF TIME
13            v.                             )
                                             )    (Doc. 16)
14    COMMISSIONER OF SOCIAL SECURITY,       )
                                             )
15                  Defendant.               )
                                             )
16    _____      )

17          On August 10, 2021, the parties stipulated for the Commissioner to have an extension of thirty

18    days to file a response to Plaintiff's opening brief.  (Doc. 16.)  The Scheduling Order allows for only

19    one extension of thirty days by the stipulation of the parties. (Doc. 6 at 3.)  Beyond the single extension

20    by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be

21    granted only for good cause."  (*Id.*)

22          Counsel for the Commissioner anticipates difficulty meeting the current filing deadline, because

23    counsel "has 15 briefs due in district court cases over the next 30 days, as well as non-briefing work.

24    (Doc. 16 at 1.)  Further, Plaintiff's counsel has indicated he does not oppose the requested extension,

25    and it does not appear Plaintiff would suffer any prejudice as a result. Accordingly, the Court

26    **ORDERS**:

27          1.      The request for an extension of time (Doc. 16) is **GRANTED**;

28          2.      The Commissioner **SHALL** file a response to Plaintiff's opening brief no later than

1

1        **September 22, 2021**; and

2        3.        The parties are reminded that any additional requests for an extension of time shall be

3                made by written motion, and supported by good cause.

4

5    IT IS SO ORDERED.

6        Dated:    **August 11, 2021**                              **/s/ Jennifer L. Thurston**

7                                                  CHIEF UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28