UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ROSE MORENO,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.: 1:20-cv-1355 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, VIRGINIA ROSE MORENO, AND AGAINST DEFENDANT, COMMISSIONER OF SOCIAL SECURITY |

On September 21, 2021, Virginia Moreno and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 18 at 1.) Pursuant to the terms of the stipulation, an ALJ shall offer Plaintiff a new hearing, "re-evaluate the evidence of record," complete the administrative record, and issue a new decision. (*Id.* at 2.) In addition, the parties stipulated that judgment shall be entered in favor of Plaintiff and against the Commissioner. (*Id.*) Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

2. Plaintiff's opening brief and request for judicial review (Doc. 15) is terminated as **MOOT**; and

1

3.   The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Virginia Rose Moreno and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **September 21, 2021**                              **/s/ Jennifer L. Thurston**
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE