McGREGOR W. SCOTT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    Email: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ROSE MORENO, ) | Case No. 1:20-cv-01355-BAK |
| ) | |
|    Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR AWARD OF ATTORNEY'S** |
| v. ) | **FEES UNDER THE EQUAL ACCESS TO** |
| ) | **JUSTICE ACT (EAJA)** |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
|    Defendant ) | |
| ) | |
| _____) | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees an expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of Five Thousand Three Hundred Sixty-Six Dollars and Forty-Three Cents ($5,366.43), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to her counsel, the Olinksy Law Group. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States

Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

     Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to the Olinsky Group, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to the Olinsky Group.

     This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Stuart T. Barasch, including his firm, the Olinsky Law Group may have relating to EAJA attorney fees in connection with this action.

     This award is without prejudice to the rights of Stuart T. Barasch or the Olinsky Law Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA .

                                    Respectfully submitted,

Dated: January 10, 2022

                                    By:   */s/ Stuart T. Barasch*\*
                                             STUART T. BARASCH,
                                             *\* By email authorization on 1/6/22*
                                             Attorney for Plaintiff

Dated: January 10, 2022         McGREGOR W. SCOTT
                                             United States Attorney

                                  By:   */s/ Marcelo Illarmo*
                                             MARCELO ILLARMO
                                             Special Assistant United States Attorney

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, filed on January 10, 2022 (Doc. 22):

**IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND THREE-HUNDRED SIXTY-SIX DOLLARS AND 43/100 ($ 5,366.43) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §1920 be awarded subject to the terms of the Stipulation.

Further, as a result of this order, the Clerk of Court is directed to terminate Plaintiff's motion for attorney fees (Doc. 21.)

IT IS SO ORDERED.

Dated:  **January 17, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE